AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G. | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>SUPREME COURT OF UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____    Date | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 MAY 17 AM 10: 01 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3 | |

Breyer, Stephen G.

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | RANDOM HOUSE, INC., ROYALTY INCOME | $6,533.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | PSYCHOLOGY PRACTICE |
| 2. 2009 | DANA-FARBER CANCER INSTITUTE -SALARY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INTERNATIONAL ADVISORY BOARD | FEBRUARY 1-2 | ASPEN INSTITUTE - WYE RIVER RETREAT, QUEENSTOWN, MD | PARTICIPANT IN ISRAEL DEMOCRACY INSTITUTE (IDI) EVENT | LODGING & MEALS |
| 2. | ANNENBERG FOUNDATION | FEBRUARY 9-13 | PALM SPRINGS, CA | PARTICIPANT IN 'UNDERSTANDING THE CONSTITUTION' EVENT | TRANSPORTATION, LODGING & MEALS |
| 3. | BLUM CENTER EVENT | APRIL 10 | BERKELEY, CA | SPEAKER TO GROUP | MEALS |
| 4. | STANFORD UNIVERSITY | APRIL 13 | STANFORD, CA | JUDGE AT KIRKWOOD MOOT COURT | TRANSPORTATION & MEALS |
| 5. | BERKELEY UNIVERSITY | APRIL 14 | BERKELEY, CA | JUDGE AT BERKELEY BOALT LAW MOOT | TRANSPORTATION & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

COURT

| | | | | |
|---|---|---|---|---|
| 6. UNIVERSITY OF CHICAGO LAW SCHOOL | MAY 15-16 | CHICAGO, IL | SHAKESPEARE CONFERENCE | TRANSPORTATION, LODGING & MEALS |
| 7. ASPEN INSTITUTE | JUNE 29 - JULY 5 | ASPEN, CO | PARTICIPANT AND SPEAKER - ASPEN IDEAS FESTIVAL | TRANSPORTATION & MEALS |
| 8. EUROPEAN UNIVERSITY INSTITUTE | SEPT 15-16 | FLORENCE, ITALY | PARTICIPANT IN CONFERENCE | TRANSPORTATION, LODGING & MEALS |
| 9. YALE LAW SCHOOL | SEPT 23-26 | NEW HAVEN, CT | YALE GLOBAL CONSTITUTIONAL SEMINAR | TRANSPORTATION, LODGING & MEALS |
| 10. UNIVERSITY OF ARIZONA | OCT 26-27 | TUCSON, ARIZONA | REHNQUIST CENTER SYMPOSIUM | TRANSPORTATION, LODGING & MEALS |
| 11. CARDOZO LAW SCHOOL | NOV 11-12 | NEW YORK CITY, NY | FRANCO-AMERICAN NETWORK MEETING | TRANSPORTATION |
| 12. GERMAN MARSHALL FUND | NOV 20-22 | HALIFAX, NOVA SCOTIA | HALIFAX INTERNATIONAL SECURITY FORUM | TRANSPORTATION, LODGING & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. INVESTMENTS- PAINE WEBBER: | | | | | | | | | |
| 2. CENTOCOR CPR - RESTRICTED (Y) | | | | | | | | | |
| 3. GENZYME CPR - RESTRICTED | A | Interest | J | W | | | | | |
| 4. SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 5. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | L | T | | | | | |
| 6 U.S. TREASURY NOTE 8/15/13 | B | Interest | K | T | | | | | |
| 7. U.S. TREASURY NOTE 8/15/09 | B | Interest | | | Matured | 08/15/09 | K | A | |
| 8. U.S. TREASURY NOTE 8/15/10 | B | Interest | K | T | | | | | |
| 9. U.S. TREASURY NOTE 2/15/11 | A | Interest | K | T | | | | | |
| 10. IRA ACCOUNT: | | | | | | | | | |
| 11. DWS (FKA SCUDDER) CORE PLUS INCOME FUND | A | Dividend | K | T | | | | | |
| 12. DWS (FKA SCUDDER) LARGE CAPITAL VALUE FUND | B | Dividend | L | T | | | | | |
| 13. OTHER HOLDINGS: | | | | | | | | | |
| 14. DWS (FKA SCUDDER) CORE PLUS INCOME FUND - IRA | B | Dividend | K | T | | | | | |
| 15. BANK OF AMERICA - CHECKING | A | Interest | K | T | | | | | |
| 16. TIAA/CREF | E | Interest | P1 | T | | | | | |
| 17. TRUST: | | | | | | | | | |

1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000
3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) | U =Book Value | V =Other | W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | TAI SHAN FUND (FKA CHINA PARTNERS, L.P.) | D | Int./Div. | M | U | | | | | |
| 19. | CLAFLIN CAPITAL, VI | A | Interest | J | U | Distributed (part) | 08/20/09 | J | | See Part VIII |
| 20. | WINDSOR FUND | A | Dividend | J | T | | | | | |
| 21. | AUTOMATIC DATA PROCESSING INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 22. | SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | L | T | | | | | |
| 23. | STATE STREET BANK IMMA | A | Dividend | | | Redeemed | 4/20/09 | L | | See Part VIII |
| 24. | CINTAS CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 25. | SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | | |
| 26. | VANGUARD S&P 500 INDEX FUND | C | Dividend | M | T | | | | | |
| 27. | NOVARTIS AG SPONSORED ADR | B | Dividend | L | T | | | | | |
| 28. | TEMPTIME INC - COMMON STOCK | | None | | | Sold | 04/03/09 | J | B | |
| 29. | APPLIED ANALYSIS INC - COMMON STOCK | | None | J | U | | | | | |
| 30. | APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | U | | | | | |
| 31. | U.S. TREASURY BILL - 5/15/09 | A | Interest | | | Matured | 05/15/09 | K | A | |
| 32. | ISHARES MSCI PAC EX-JAPAN INDEX FD | A | Dividend | K | T | | | | | |
| 33. | ISHARES MSCI EMERGING MARKETS IDX FD | A | Dividend | K | T | | | | | |
| 34. | ISHARES MSCI EAFE INDEX FD | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. U.S. TREASURY BILL - 8/15/13 | B | Interest | K | T | | | | | |
| 36. U.S. TREASURY BILL - 3/15/10 | C | Interest | L | T | | | | | |
| 37. VANGUARD DIVIDEND GROWTH FUND -IV | B | Dividend | L | T | | | | | |
| 38. VANGUARD MID-CAP INDEX FUND -A | A | Dividend | K | T | | | | | |
| 39. DODGE & COX INTERNATIONAL STOCK FUND | A | Dividend | L | T | | | | | |
| 40. ROYCE LOW-PRICED STOCK SERVICE FUND | A | Dividend | L | T | | | | | |
| 41. OAKMARK INTERNATIONAL FUND - I | A | Dividend | L | T | | | | | |
| 42. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | K | T | Buy | 04/20/09 | L | | See Part VIII |
| 43. U.S. TREASURY BILL - 5/31/10 | A | Interest | K | T | Buy | 5/18/09 | K | | |
| 44. INTERSENSE INC. CLASS C PREFERRED SERIES C-1 | | None | J | T | Distributed | 8/20/09 | J | | See Part VIII |
| 45. INTERSENSE INC. CLASS A PREFERRED SERIES A-2 | | None | J | T | Distributed | 8/20/09 | J | | See Part VIII |
| 46. INTERSENSE INC. CLASS B PREFERRED SERIES B-1 | | None | J | T | Distributed | 8/20/09 | J | | See Part VIII |
| 47. OTHER ASSETS: | | | | | | | | | |
| 48. HUBBELL INC. CLASS B COMMON STOCK | A | Dividend | | | Sold | 4/13/09 | K | D | |
| 49. WAL-MART STORES INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 50. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | K | T | | | | | |
| 51. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | J | T | | | | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3 Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PEARSON ORD. STOCK | F | Dividend | P1 | T | | | | | |
| 53. RENTAL PROPERTY - NEVIS WEST INDIES | | None | M | W | | | | | |
| 54. LLOYD'S BANK | A | Interest | | | Closed | 5/29/09 | J | | |
| 55. TOTAL FINA SA SPONSORED ADR | C | Dividend | L | T | | | | | |
| 56. NOKIA CORP. ADR | C | Dividend | L | T | Sold (part) | 9/9/09 | J | D | |
| 57. LAND IN CONCORD, MA | | None | L | W | | | | | |
| 58. LAND IN PLAINFIELD, NH | | None | N | W | | | | | |
| 59. HEINZ HJ CO - COMMON STOCK | B | ▶Dividend | K | T | | | | | |
| 60. IBM - COMMON STOCK | A | Dividend | L | T | | | | | |
| 61. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | K | T | Sold (part) | 3/5/09 | J | A | |
| 62. PACCAR INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 63. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | Sold (part) | 9/9/09 | J | C | |
| 64. UNITED TECHNOLOGIES CORP - COMMON STOCK | B | Dividend | L | T | | | | | |
| 65. AMGEN INC - COMMON STOCK | | None | K | T | | | | | |
| 66. CISCO SYSTEMS INC - COMMON STOCK | | None | K | T | | | | | |
| 67. AIR PRODUCTS & CHEMICAL INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 68. SSGA MONEY MARKET FUND | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TEVA PHARMACEUTICAL - COMMON STOCK | A | Dividend | | | Sold | 4/21/09 | K | D | |
| 70. NESTLE SA - COMMON STOCK | A | Dividend | K | T | | | | | |
| 71. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 72. BHP BILTON LTD | B | Dividend | L | T | | | | | |
| 73. CAMBRIDGE, MA 4.00% 01/01/2014 | C | Interest | L | T | | | | | |
| 74. HOPKINTON, MA 4.00% 07/01/2011 | C | Interest | L | T | | | | | |
| 75. SCITUATE, MA 4.50% 09/15/2013 | C | Interest | L | T | | | | | |
| 76. SHARON, MA 4.00% 9/15/2013 | C | Interest | L | T | | | | | |
| 77. KING PHILIP REG SCHOOL DISTRICT, MA 4.25% 12/15/2012 | C | Interest | L | T | | | | | |
| 78. EMC CORP MASS - COMMON STOCK | | None | K | T | | | | | |
| 79. WELLESLEY MASSACHUSETTS GENERAL OBLIGATION 4.00% 06/01/2012 | C | Interest | L | T | | | | | |
| 80. JOHNSON CONTROLS INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 81. STANCROFT TRUST LIMITED | D | Dividend | M | W | | | | | |
| 82. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | J | T | | | | | |
| 83. EATON VANCE GROWTH FUND - A | A | Dividend | K | T | Buy (add'l) | 12/23/09 | J | | |
| 84. EATON VANCE LARGE CAP GROWTH FUND - I | | None | M | T | | | | | |
| 85. EATON VANCE LARGE CAP VALUE FUND - I | B | Dividend | M | T | Buy (add'l) | 3/10/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 6/9/09 | J | | |
| 87. | | | | | Buy (add'l) | 9/9/09 | J | | |
| 88. | | | | | Buy (add'l) | 12/30/09 | J | | |
| 89. EATON VANCE TAX M S/C | | None | K | T | | | | | |
| 90. EATON VANCE INTERNATIONAL EQUITY-I | A | Dividend | J | T | Buy (add'l) | 12/30/09 | J | | |
| 91. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE REPORT WAS PREPARED BY:

LEON M. REIMER & CO., P.C.

NEW YORK, NEW YORK

Part VII: Line 19 and Lines 44-46: On 8/20/09, Claflin Capital VI distributed preferred shares of Intersense Inc. to its partners

Part VII: Line 23 and Line 42: During 2009 available cash funds were switched from being invested in State Street Bank Insured Money Market Account to the Federated US Treasury Cash Reserve Fund 1.

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544